# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-5223

_____

CHRISTOPHER JOSEPH WAYNE
BEASLEY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

March 1, 2018


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Jasmine Q. Russell, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Public Defender, Tallahassee, for Appellee.